# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   ADAM KOROLL                                      Case Number: 06-70653
7281 WIMBLEDON ROAD              SSN-xxx-xx-8678
MACHESNEY PARK, IL  61115

Case filed on:   4/19/2006
Plan Confirmed on:   9/29/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,650.57         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | SCHIRGER MONTELEONE & HAMPILOS PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ADAM KOROLL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | NATIONAL CITY MORTGAGE COMPANY | 10,464.57 | 10,464.57 | 3,434.35 | 0.00 |
|  | Total Secured | 10,464.57 | 10,464.57 | 3,434.35 | 0.00 |
| 002 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BELOIT CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BLACKHAWK AREA CREDIT UNION | 2,881.04 | 252.38 | 0.00 | 0.00 |
| 005 | CARDMEMBER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ACCOUNT RECOVERY SERVICES | 385.66 | 33.78 | 0.00 | 0.00 |
| 007 | HART ROAD PATHOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 668.78 | 58.59 | 0.00 | 0.00 |
| 010 | RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD ORTHOPEDIC ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ILLINOIS STUDENT ASSISTANCE COMM | 7,383.36 | 646.78 | 0.00 | 0.00 |
| 013 | TRU GREEN CHEM LAWN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | TERRA E. KOROLL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | BLACKHAWK AREA CREDIT UNION | 7,898.56 | 691.91 | 0.00 | 0.00 |
|  | Total Unsecured | 19,217.40 | 1,683.44 | 0.00 | 0.00 |
|  | Grand Total: | 29,681.97 | 12,148.01 | 3,434.35 | 0.00 |

Total Paid Claimant:      $3,434.35
Trustee Allowance:        $216.22             Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By   /s/Heather M. Fagan